1  **MICHELLE BETANCOURT**
California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4  Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5
6  Attorneys for Mr. Rodriguez-Lopez

7

8                     UNITED STATES DISTRICT COURT

9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    )   Case No. 08mj1892
                                  )
12 |         Plaintiff,            )
                                  )
13 | v.                            )
                                  )   **NOTICE OF APPEARANCE**
14 | **FERNANDO RODRIGUEZ-LOPEZ,** )
                                  )
15 |         Defendant.            )
                                  )

16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18  Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record

19  in the above-captioned case.

20                                                Respectfully submitted,

21  Dated: June 24, 2008                           s/ *Michelle Betancourt*
                                                  **MICHELLE BETANCOURT**
22                                                Federal Defenders of San Diego, Inc.
                                                  Attorneys for Defendant
                                                  michelle_betancourt@fd.org
23

24

25

26

27

28

1  **MICHELLE BETANCOURT**
   California State Bar No.  215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467 Ext. 3737
4  Facsimile:    (619) 687-2666
   michelle_betancourt@fd.org
5

6  Attorneys for Mr. Rodriguez-Lopez

7

8                  UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )   Case No. 08mj1892
                                     )
12         Plaintiff,                )
                                     )
13 v.                                )   PROOF OF SERVICE
                                     )
14 **FERNANDO RODRIGUEZ-LOPEZ**,     )
                                     )
15         Defendant.                )
                                     )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18 best of her information and belief, and that a copy of the foregoing document has been served via

19 CM/ECF this day upon:

20         Assistant United States Attorney
           efile.dkt.gc1@usdoj.gov
21

22 Dated: June 24, 2008                        *s/ Michelle Betancourt*
                                               MICHELLE BETANCOURT
23                                             Federal Defenders
                                               225 Broadway, Suite 900
24                                             San Diego, CA 92101-5030
                                               (619) 234-8467  (tel)
25                                             (619) 687-2666  (fax)
                                               e-mail: michelle_betancourt@fd.org
26

27

28